UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
Vincent Trulli, Jr.,

                Plaintiff,

      v.                                  Case No.  08 Civ. 1729

Fidelity National Title Insurance Co., *et al.*,

                Defendants.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

        **PLEASE TAKE NOTICE** that Barry R. Ostrager, a member of the law firm of

Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as

counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial,

Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and

requests that all subsequent papers be served upon him at the address indicated below.

        Please add the following to the service list for this proceeding:

        Barry R. Ostrager, Esq. (bostrager@stblaw.com)
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        (212) 455-2000 (Telephone)
        (212) 455-2502 (Facsimile)

Dated:  New York, New York
        March 6, 2008

                                SIMPSON THACHER & BARTLETT LLP


                                By:  s/ Barry R. Ostrager


                                Barry R. Ostrager
                                425 Lexington Avenue
                                New York, New York 10017-3954
                                Telephone: (212) 455-2000
                                Facsimile: (212) 455-2502
                                bostrager@stblaw.com

                                *Attorney for Defendants Fidelity National Title
                                Insurance Company, Fidelity National Financial,
                                Inc., Ticor Title Insurance Company, and Chicago
                                Title Insurance Company*