UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

VINCENT TRULLI, JR., on behalf of himself and those similarly situated,

          Plaintiff,

  v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCIAL, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE COMPANY, MONROE TITLE INSURANCE CORPORATION, STEWART INFORMATION SERVICE CORPORATION, AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,

          Defendants.

Case No. 08 Civ. 1729

-----------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Fidelity National Financial, Inc., Fidelity National Title Insurance Company, Ticor Title Insurance Company, and Chicago Title Insurance Company (collectively, the "Fidelity Defendants") in the above-captioned action identifies, with respect to the Fidelity Defendants, any parent corporation and/or any publicly held corporation owning 10% or more of its stock:

- Fidelity National Financial, Inc. is a publicly traded corporation.  No publicly held corporation owns 10% or more of Fidelity National Financial, Inc.'s stock.

- Fidelity National Financial, Inc. is the parent corporation of the wholly-owned subsidiary Fidelity National Title Group, Inc.

- Fidelity National Title Group, Inc. is the parent corporation of the wholly-owned subsidiary Chicago Title and Trust Company.

- Chicago Title and Trust Company is the parent corporation of the following wholly-owned subsidiaries:  Fidelity National Title Insurance Company, Ticor Title Insurance Company and Chicago Title Insurance Company.

Dated: New York, New York
March 6, 2008

                    Respectfully submitted,

                    By:  s/ Barry R. Ostrager

Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*