UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
Vincent Trulli, Jr.,

        Plaintiff,

   v.    Case No. 08 Civ. 1729

Fidelity National Title Insurance Co., *et al.*,

        Defendants.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kevin J. Arquit, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Kevin J. Arquit, Esq. (karquit@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
      March 6, 2008

                              SIMPSON THACHER & BARTLETT LLP

                              By:  s/ Kevin J. Arquit

                              Kevin J. Arquit
                              425 Lexington Avenue
                              New York, New York 10017-3954
                              Telephone: (212) 455-2000
                              Facsimile: (212) 455-2502
                              karquit@stblaw.com

                              *Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*