UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Vincent Trulli, Jr.,

        Plaintiff,

   v.                                     Case No.  08 Civ. 1729

Fidelity National Title Insurance Co., *et al.*,

        Defendants.

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patrick T. Shilling, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Patrick T. Shilling, Esq. (pshilling@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
March 6, 2008

                                        SIMPSON THACHER & BARTLETT LLP

                                        By:  s/ Patrick T. Shilling

                                        Patrick T. Shilling
                                        425 Lexington Avenue
                                        New York, New York 10017-3954
                                        Telephone: (212) 455-2000
                                        Facsimile: (212) 455-2502
                                        pshilling@stblaw.com

                                        *Attorney for Defendants Fidelity National Title*
                                        *Insurance Company, Fidelity National Financial,*
                                        *Inc., Ticor Title Insurance Company, and Chicago*
                                        *Title Insurance Company*