UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

VINCENT TRULLI, JR.,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, *et al.*,

        Defendants.

------------------------------------- x

Case No. 08 Civ. 1729 (KMK)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit corporation. Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
March 6, 2008

                                GIBSON, DUNN & CRUTCHER LLP

                                By:  s/ James L. Hallowell
                                     John A. Herfort
                                     James L. Hallowell

                                200 Park Avenue
                                New York, New York 10166-0193
                                Phone: (212) 351-4000
                                Fax: (212) 351-4035
                                jherfort@gibsondunn.com
                                jhallowell@gibsondunn.com

                                Attorneys for Defendant
                                Title Insurance Rate Service Association, Inc.