UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:   Index No.: 08 CV 1729
VINCENT TRULLI, JR., et al,
:
                Plaintiffs,
:
    - against -                            **NOTICE OF APPEARANCE**
:
FIDELITY NATIONAL TITLE INSURANCE CO., et al,
:
                Defendants.
:
------------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of Stephen L. Saxl of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

      Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
       March 11, 2008

          Respectfully submitted,

          GREENBERG TRAURIG, LLP


          By: /s/ Stephen L. Saxl _____
          Stephen L. Saxl (SS-1028)
          James I. Serota (JS-6802)
          Kenneth Lapatine (KL-3985)
          GREENBERG TRAURIG, LLP
          200 Park Avenue
          New York, New York 10166
          Telephone: (212) 801-9200
          Facsimile: (212) 801-6400
          saxls@gtlaw.com
          serotaj@gtlaw.com
          lapatinek@gtlaw.com

          *Attorneys for Defendants The First American*
          *Corporation, First American Title Insurance*
          *Company of New York, and*
          *United General Title Insurance Company*