UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
VINCENT TRULLI, JR., et al,

    Plaintiffs,

 - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

    Defendants.
-------------------------------------------------------------------- X

Index No.: 08 CV 1729

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

 Please enter the appearance of Kenneth Lapatine of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

 Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
March 11, 2008

          Respectfully submitted,

          GREENBERG TRAURIG, LLP

          By: /s/ Kenneth Lapatine _____
          Kenneth Lapatine (KL-3985)
          James I. Serota (JS-6802)
          Stephen L. Saxl (SS-1028)
          GREENBERG TRAURIG, LLP
          200 Park Avenue
          New York, New York 10166
          Telephone: (212) 801-9200
          Facsimile: (212) 801-6400
          lapatinek@gtlaw.com
          serotaj@gtlaw.com
          saxls@gtlaw.com

          *Attorneys for Defendants The First American*
          *Corporation, First American Title Insurance*
          *Company of New York, and*
          *United General Title Insurance Company*