UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VINCENT TRULLI, JR., on behalf of himself      "ECF CASE"
And those similarly situated,

                                                                  08-CIV. 1729 (KMK)

              Plaintiffs,
                                                       **NOTICE OF**
vs.                                                         **APPEARANCE**

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.

              Defendants.
-------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that David P. Langlois, a member of the law firm of Sutherland Asbill & Brennan LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc. in this action and requests that all subsequent papers be served upon him at the address indicated below.

      Please add the following to the service list for this proceeding:

              David P. Langlois, Esq. (david.langlois@sablaw.com)
              SUTHERLAND ASBILL & BRENNAN LLP
              1114 Avenue of the Americas
              New York, New York 10036
              (212) 389-5000 (Telephone)
              (212) 389-5090 (Facsimile)

Dated: New York, New York
       March 10, 2008

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ David P. Langlois (DL 2319)

David P. Langlois
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas
New York, New York 10036
(Telephone) (212) 389-5000
(Facsimile) (212) 389-5090
david.langlois@sablaw.com

*Attorneys for Defendants Commonwealth
Land Title Insurance Company, Lawyers
Title Insurance Corporation and
LandAmerica Financial Group, Inc.*