SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

DIRECT DIAL NUMBER
(212) 455-2655

E-MAIL ADDRESS
bostrager@stblaw.com

BY FACSIMILE (914) 390-4152        March 14, 2008

Re:   *Galiano v. Fidelity Nat'l Title Ins. Co., et al.*, No. 08 Civ. 1317 (KMK);
      *Kromer, et al. v. Fidelity Nat'l Title Ins. Co., et al.*, No. 08 Civ. 1494 (KMK);
      *Miley v. Fidelity Nat'l Title Ins. Co., et al.*, No. 08 Civ. 1547;
      *Marotta v. Fidelity Nat'l Title Ins. Co., et al.*, No. 08 Civ. 1597 (KMK);
      *Trulii v. Fidelity Nat'l Title Ins. Co., et al.*, No. 08 Civ. 1729; and
      *Suarez v. Fidelity Nat'l Title Ins. Co., et al.*, No. 08 Civ. 1955

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Dear Judge Karas:

   We represent Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company (collectively, the "Fidelity Defendants") in the above-captioned actions. We write regarding the pre-motion conference Your Honor scheduled for March 19, 2008 in these actions to address the Fidelity Defendants' contemplated motion to transfer these cases to the Eastern District of New York.

   I am currently engaged in an arbitration that will continue through the end of next week and, as a result, am unable to attend a pre-motion conference on March 19. The Fidelity Defendants therefore respectfully request that the conference be adjourned one week. We have been advised that the other defendants do not object to this request.

LOS ANGELES   PALO ALTO   WASHINGTON, D.C.   BEIJING   HONG KONG   LONDON   TOKYO

SIMPSON THACHER & BARTLETT LLP

The Honorable Kenneth M. Karas    -2-    March 14, 2008

Thank you for your consideration of this request.[1]

Respectfully submitted,

*Barry L. Ostrager/srk*

Barry R. Ostrager

cc:    All Counsel of Record (by email)

> The Conference is adjourned until April 1, 2008, at 11:00. All deadlines are stayed until then.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/17/08

---

[1] We are sending this letter by facsimile with the permission of Dawn Bordes, Courtroom Deputy Clerk.